In the Matter of HARRY JAMPOL et al., Appellants, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.

Submitted March 3, 1939; decided April 4, 1939.

*Albert De Roode* for appellants.

*William C. Chanler,* Corporation Counsel *(Jeremiah M. Evarts* and *David DuVivier* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.